## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 08-cv-1256 |
| v. | ) ) | |
| WILDWOOD INDUSTRIES, INC., | ) ) | |
| Defendant. | ) | |

## **O R D E R**

Before the Court is a Report and Recommendation (R&R) issued by United States Magistrate Judge Byron Cudmore on May 11, 2009 (Doc. 24).  In the R&R, Judge Cudmore recommends granting Plaintiff EEOC's motion to reconsider the Court's March 11, 2009 decision to stay this case pending the outcome of bankruptcy proceedings against Defendant Wildwood Industries, Inc.  Judge Cudmore's decision is based on 11 U.S.C. § 362(b)(4), which exempts from an automatic bankruptcy stay an action brought by a governmental unit in the exercise of the unit's police or regulatory power.  In the R&R, Judge Cudmore explains that the potential entry of a money judgment against Wildwood in this action would not interfere with the ongoing bankruptcy proceedings because the judgment could be satisfied only pursuant to a bankruptcy plan approved by the bankruptcy court.

Pursuant to Local Rule 72.2 and 28 U.S.C. § 636(b)(1), parties are allowed ten days after being served with a copy of the R&R to file written objections.  Any

objections must be specific and supported by legal authority.  See Local Rule 72.2(B).  The time for filing objections has expired, and there are no pending objections that meet the requirements of Local Rule 72.2(B).[1]  Therefore, the Court ACCEPTS and ADOPTS the R&R in its entirety.  Plaintiff EEOC's motion to reconsider (Doc. 21) is GRANTED.  The bankruptcy stay is lifted, and this action is referred to Magistrate Judge Cudmore for further pretrial proceedings.

ENTERED this 7th day of July, 2009.

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge

---

[1] In a notice of appearance filed on May 21, 2009, Wildwood's attorney included two sentences asking the Court to keep the stay in place.  Counsel, however, did not specifically raise objections to the R&R.  It is now too late to do so.