AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE



Equal Employment Opportunity Commission

vs.

Case Number: **08-1256**

**Wildwood Industries, Inc.**

**DECISION BY THE COURT.** The parties having agreed to settlement of this action in the form of a Consent Decree, which is approved by the Court, judgment is hereby entered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff U.S. Equal Employment Opportunity Commission on behalf of Jania Lattimore in the amount of $200,000; provided, however, that the EEOC acknowledges and agrees that (1) such judgment constitutes a general unsecured claim against Wildwood's bankruptcy estate; (2) the EEOC cannot execute or otherwise collect or attempt to collect such judgment except that the EEOC may file a proof of claim in Case No. 09-70602 in the U.S. Bankruptcy Court for the Central District of Illinois; and (3) such judgment will be fully satisfied by any distribution pursuant to any confirmed plan of reorganization in Wildwood's bankruptcy case.

ENTER this 27th day of October, 2009.

PAMELA E. ROBINSON, CLERK

s/ S. Marvel
BY: DEPUTY CLERK

08-1256 Proposed Judgment.wpd